UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SAMI ATWA                                                                                          08cv3732

A76-184-732                                                                                        ECF Case
               Plaintiff,

   - against -                                                                           COMPLAINT


ANDREA QUARANTILLO,                                                                    (RJS)
New York District Director of the United
States Citizenship and Immigration Services,

              Defendant.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Gardy Maisonneuve, solemnly swear under penalty of perjury:

1. I am employed in the office of Bretz and Coven, LLP.

2. On the 24th day of April 2008, I served copies of the within:

## COMPLAINT AND SUMMONS

by **Federal Express Overnight Service** to:

Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Fl
New York, NY 10007

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

Andrea Quarantillo
District Director
U.S. Citizenship and Immigration Services
26 Federal Plaza, 11th Fl
New York, NY 10007

Dated:    New York, New York
           April 24, 2008

By: _____
Gardy Maisonneuve