UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SAMI ATWA,

                Plaintiff,

     v.

ANDREA QUARANTILLO,

                Defendant.
------------------------------------------------------------ x

**ECF CASE**

08 Civ. 3732 (BSJ)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          June 3, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York

                         By:    /s/_____
                                      KIRTI VAIDYA REDDY
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2751
                                      Facsimile: (212) 637-2786
                                      Email: kirti.reddy@usdoj.gov

To:    Eileen Collins Bretz, Esq.
         Bretz & Coven, LLP
         305 Broadway, Suite 100
         New York, NY 10007