

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

July 9, 2008

<u>By Hand</u>
Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007



                Re:    <u>Atwa v. Quarantillo</u>,
                      08 Civ. 3732 (RJS)

Dear Judge Sullivan:

     I write respectfully to request a <u>nunc pro tunc</u> thirty-day extension of time, from June 23, 2008 to July 23, 2008 to respond to the complaint in the above-referenced civil action. This is the Government's first request for an extension.

     This is a complaint in which plaintiff challenges the delay by United States Citizenship and Immigration Services ("CIS") in adjudication of his naturalization application within 120 days of examination. After the complaint was filed, this Office was informed by CIS that it has received the results of plaintiff's background check and is in the process of completing the adjudication of his application. Accordingly, we request a thirty-day extension of time to provide CIS additional time to adjudicate plaintiff's naturalization application, which would render this case moot. I apologize for the delay in seeking this extension and regret any inconvenience to the Court. Plaintiff's counsel, Eileen Collin Bretz, consents to this request for an extension of time.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: *[signature]*
KIRTI VAIDYA REDDY
Assistant United States Attorney
(212) 637-2751

cc: Eileen Collins Bretz (via facsimile)
212-267-2129

SO ORDERED
Dated: 7/10/08
*[signature]*
RICHARD J. SULLIVAN
U.S.D.J.

2