UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

------------------------------------------------------x

Sami Atwa, A076-184-732,

        Plaintiff,

    - v.-

ANDREA QUARANTILLO,
New York District Director of the
United States Citizenship and Immigration Services :

        Defendant.

------------------------------------------------------x

STIPULATION AND ORDER OF
SETTLEMENT AND DISMISSAL

08-CV-03732-RJS

WHEREAS, United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

Dated: New York, New York
      July 27, 2008

BRETZ & COVEN, LLP
Attorney for Plaintiff

_____
EILEEN COLLINS BRETZ, ESQ.
305 Broadway, Suite 100
New York, New York 10007
Tel: (212) 267-2555

SO ORDERED:

Dated: New York, New York
      July 28, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
KIRTI VAIDYA REDDY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2751

SO ORDERED:

_____
8/1/08 U.S.D.J.